Gutowski v. 99 Cents Only Stores, LLC
<u>Removal Exhibits</u>

Exhibit A        Summons

Exhibit B        Complaint

Exhibit C        Affidavit of Service of Process

Exhibit D        Plaintiff's Certificate of Compulsory Arbitration

Exhibit E        Plaintiff's Demand for Jury Trial

Exhibit F        State Court Docket

Exhibit G        Notice of Filing Notice of Removal

8638126.1

# EXHIBIT A

Mark P. Breyer (Bar No. 016862)
Edward M. Ladley (Bar No. 018829)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona  85044
(480) 496-7309
minutes@breyerlaw.com

Attorneys for Plaintiffs

# SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| LOUISE D. GUTOWSKI and WALTER GUTOWSKI, wife and husband, | No. **CV2020-007438** |
| Plaintiffs, | **SUMMONS** |
| vs. | |
| 99 CENTS ONLY STORES OF CALIFORNIA, INC., a foreign corporation; 99 CENTS ONLY STORES, L.L.C., a foreign limited liability company; NUMBER HOLDINGS, INC., a foreign corporation; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5, | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |
| Defendants. | |

> **WARNING:** THIS IS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT A LAWYER FOR HELP.

## THE STATE OF ARIZONA TO 99 CENTS ONLY STORES, L.L.C.:

1.  A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *Summons*.

1

2. If you do not want a judgment or order taken against you without your input, you must file an *Answer* or a *Response* in writing with the court, and pay the filing fee. If you do not file an *Answer* or *Response*, the other party may be given the relief requested in his/her Petition or Complaint. To file your *Answer* or *Response* take, or send, the *Answer* or *Response* to the:

- Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003 *OR*

- Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

- Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

- Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona 85274.

Mail a copy of your *Response* or *Answer* to the other party at the address listed on top of this Summons.

3. If this *Summons* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *Response* or *Answer* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *Summons* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers files in this case form the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

1   5.  Requests for reasonable accommodation for persons with disabilities must be
2       made to the office of the judge or commissioner assigned to the case, at least
        three (3) judicial days before your scheduled court date.
3
4   6.  Requests for an interpreter for persons with limited English proficiency must be
        made to the office of the judge or commissioner assigned to the case, at least ten
5       (10) judicial days before your scheduled court date.

6       **SIGNED AND SEALED** this date: _____  COPY

7                                       JEFF FINE
8                                       Clerk of the Superior Court   JUN 2 9 2020
9                                By     _____  CLERK OF THE SUPERIOR COURT
                                                             G. ROA
10                                      Deputy Clerk                  DEPUTY CLERK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        3

# EXHIBIT B





JUN 2 9 2020

CLERK OF THE SUPERIOR COURT
G. ROA
DEPUTY CLERK

1  Mark P. Breyer (Bar No. 016862)
2  Edward M. Ladley (Bar No. 018829)
   BREYER LAW OFFICES, P.C.
3  3840 East Ray Road
   Phoenix, Arizona 85044
4  (480) 496-7309
5  minutes@breyerlaw.com

6  Attorneys for Plaintiffs

7            **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                    **COUNTY OF MARICOPA**

9

10 | LOUISE D. GUTOWSKI, N.M.D. and | No.     CV2020-007438
   | WALTER GUTOWSKI, D.C., wife and |
11 | husband, |

12 |           Plaintiffs, | **COMPLAINT**

13 |                      | **(Tort - Premise)**
   | vs. |
14

15 | 99 CENTS ONLY STORES OF
   | CALIFORNIA, INC., a foreign
16 | corporation; 99 CENTS ONLY
   | STORES, L.L.C., a foreign limited
17 | liability company; NUMBER
   | HOLDINGS, INC., a foreign corporation;
18 | JOHN and JANE DOES 1-5; and ABC
19 | CORPORATIONS 1-5,

20 |           Defendants.

21

22      The Plaintiffs, Louise Gutowski, N.M.D. and Walter Gutowski, D.C., by and

23 through undersigned counsel, for their complaint against the Defendants named herein

24 allege as follows:

25

26

                                    1

1.      Louise Gutowski, N.M.D. and Walter Gutowski, D.C. were, at all times relevant to this action, residents of Maricopa County, AZ.  At the time of the incident described herein, the Plaintiffs were married and continue to be married at this time.

2.      The Defendant 99 Cents Only Stores of California, Inc. is a foreign corporation doing business in Maricopa County, AZ.

3.      The Defendant 99 Cents Only Store, L.L.C. is a foreign limited liability company doing business in Maricopa County, AZ.

4.      The Defendant Number Holdings, Inc. is a foreign corporation doing business in Maricopa County, AZ.

5.      John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time.  Louise Gutowski, N.M.D., and Walter Gutowski, D.C.,  request leave to amend this pleading when that information is discovered.

6.      The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

7.      Jurisdiction and venue are appropriate in this Court.  The amount in controversy exceeds the minimal jurisdictional limits of this Court.

8.      On or about January 31, 2019, the Defendants 99 Cents Only Stores of California, Inc., and/or 99 Cents Only Stores, L.L.C. and/or Number Holdings, Inc. owned and/or occupied property located in Maricopa County, Arizona ("the property").

9.      Upon information and belief, on January 31, 2019, Defendants 99 Cents Only Stores of California, Inc., and/or 99 Cents Only Stores, L.L.C. and/or Number Holdings, Inc. owned or leased space within the property located at 7919 E. Thomas Rd., Scottsdale, AZ  85251.

10.      The Defendant(s) owned, leased, maintained and/or controlled the property which is the location where this incident occurred.

2

1    11.    On or about January 31, 2019, Louise Gutowski, N.M.D. and Walter

2  Gutowski, D.C. were an invitees on the property and Defendants owed a duty of care to

3  Louise Gutowski, N.M.D. and Walter Gutowski, D.C. which duty was breached.

4    12.    On or about January 31, 2019, Louise Gutowski, N.M.D. and Walter

5  Gutowski, D.C. had just finished making their purchase and were walking out of the

6  store when Louise Gutowski, N.M.D. tripped over a rug, striking her head on the

7  ground, causing serious injury.

8    13.    The Defendants knew or should have known of an unreasonably

9  dangerous condition that caused injury to Louise Gutowski, N.M.D. and Walter

10  Gutowski, D.C.

11    14.    The Defendants knew or should have known of a concealed danger upon

12  the property and did not adequately warn about the danger.

13    15.    The Defendants and each of them, negligently created an unsafe

14  condition.  The Defendants knew or should have known that they created or allowed to

15  exist a hazardous and dangerous condition and situation in which a member of the

16  general public could be injured as a result.

17    16.    The condition of the rug, as well as the supervision and training regarding

18  the condition of the rug as of January 31, 2019, were the result of negligence,

19  carelessness, and recklessness of all the Defendants, their agents, servants and/or

20  employees.

21    17.    Upon information and belief, the Defendants and each of them, were

22  aware of and had both actual and constructive notice of the rug, and the condition of the

23  rug, but at all times failed to take any measures to notify and/or warn Louise Gutowski,

24  N.M.D. and the general public, which caused the incident that led to this injuries

25  sustained by Louise Gutowski, N.M.D.

26

3

1     18.    As an actual, direct and proximate result of the Defendants' negligence,

2  Louise Gutowski, N.M.D. suffered to date and will, to a reasonable probability,

3  continue to suffer in the future, damages for pain, discomfort, suffering, disability,

4  emotional stress and anxiety.

5     19.    As an actual, direct and proximate result of the Defendants' negligence,

6  Louise Gutowski, N.M.D. suffered to date and will, to a reasonable probability,

7  continue to suffer in the future, damages for permanent scarring and disfigurement.

8     20.    As an actual, direct and proximate result of the Defendants' negligence,

9  Louise Gutowski, N.M.D. and Walter Gutowski, D.C., have incurred reasonable

10  expenses of necessary medical care, treatment and services rendered and such expenses

11  are reasonably probable to be incurred in the future.

12     21.    As an actual, direct and proximate result of the Defendants' negligence,

13  Louise Gutowski, N.M.D. and Walter Gutowski, D.C. have lost earnings to date and

14  will experience a decrease in earning power or capacity reasonably probable to occur in

15  the future as well as other special/economic damages, past and future.

16     22.    As an actual, direct and proximate result of the Defendants' negligence,

17  Louise Gutowski, N.M.D. and Walter Gutowski, D.C. have sustained and will sustain to

18  a reasonable probability in the future, physical, emotional, and other financial losses.

19     23.    As a direct and proximate result of the negligence, carelessness, and

20  failures and omissions by the Defendants, Louise Gutowski, N.M.D. and Walter

21  Gutowski, D.C. suffered a loss of consortium that includes, but is not limited to: loss of

22  society; loss of affection; loss of assistance; and/or loss of marital relations.

23     24.    Plaintiffs claim that the damages in this matter meet the criteria for Tier 3

24  as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

25     **WHEREFORE**, Louise Gutowski, N.M.D. , and Walter Gutowski, D.C., pray

26  for judgment against the Defendants as follows:

4

1         A.     For general compensatory damages in a just and reasonable

2  amount;

3        .B.     For the reasonable value of special damages incurred to date and

4  those that will be incurred in the future for reasonable and necessary medical care;

5        C.     For the reasonable value of special damages incurred to date and

6  those that will be incurred in the future for lost earnings or wages and future lost

7  earnings or wages;

8        D.     For loss of consortium;

9        E.     For out of pocket expenses incurred;

10       F.     For court costs incurred; and

11       G.     For such other and further relief as the Court deems just and

12  proper.

13     Dated:  June 26, 2020

14

                               **BREYER LAW OFFICES, P.C.**

15

16

17                           Mark P. Breyer

                               Edward M. Ladley

18                           3840 East Ray Road

19                           Phoenix, Arizona  85044

                               Attorneys for Plaintiffs

20

  209246

21

22

23

24

25

26

                                    5

# EXHIBIT C

| Attorney or Party without Attorney:<br>MARK P BREYER (#016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>  Telephone No:  (480) 505-2160 | For Court Use Only |
|---|---|
| Attorney For:  Plaintiff            Ref. No. or File No.:  LOUISE GUTOWSKI | CLERK OF THE<br>SUPERIOR COURT<br>FILED<br>A. Hatch      DEP<br>20 JUL -1  AM 11: 05 |

Insert name of Court, and Judicial District and Branch Court:
MARICOPA COUNTY SUPERIOR COURT

| Plaintiff:  LOUISE D GUTOWSKI and WALTER GUTOWSKI, wife and husband; ET AL. |
|---|
| Defendant:  99 CENTS ONLY STORES OF CALIFORNIA, INC, a foreign corporation; ET AL. |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2020-007438 |
|---|---|---|---|---|

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; COMPLAINT; CERTIFICATE RE COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL;

3.  a.  Party served:     99 CENTS ONLY STORES LLC
    b.  Person served:   Krikor Kalaydjian, Clerk for CT Corporation System as Statutory Agent

4.  *Address where the party was served:*   3800 N Central Ave # 460, Phoenix, AZ 85012

5.  *I served the party:*
    a. by substituted service.   On: Tue, Jun 30 2020 at: 10:48 AM by leaving the copies with or in the presence of:
    Krikor Kalaydjian, Clerk for CT Corporation System as Statutory Agent , Caucasian , Male , Age: 40's , Hair: Black , Eyes:
    Brown , Height: 6'1" , Weight: 185lbs , Description: glasses .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

    Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

6.  *Person Executing:*                                I Declare under penalty of perjury under the laws of the State of
    a. Bill Bilyk MC-8749, Maricopa County;            Arizona that the foregoing is true and correct.
    b. FIRST LEGAL
       3737 North 7th. Street Suite 209
       PHOENIX, AZ 85014
    c. (602) 248-9700

    _____06/30/2020_____          _____B. Bl_____
              *(Date)*                        *(Signature)*

7.  *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 30 day of June, 2020 by*
    *Bill Bilyk (MC-8749, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

    

    _____
         *(Notary Signature)*

    **BRYAN BLAIR**
    NOTARY PUBLIC - ARIZONA
    MARICOPA COUNTY
    COMMISSION # 569486
    MY COMMISSION EXPIRES
    APRIL 29, 2023



AFFIDAVIT OF
SERVICE

4647882
(10406240)

**Service of Process Transmittal**
06/30/2020
CT Log Number 537870594

TO:   Evelynn Romero
      99 Cents Only Stores
      4000 Union Pacific Ave
      Commerce, CA 90023-3202

RE:   **Process Served in Arizona**

FOR:  99 Cents Only Stores LLC  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LOUISE D. GUTOWSKI, N.M.D. AND WALTER GUTOWSKI, D.C., ETC., PLTFS. vs. 99 CENTS ONLY STORES OF CALIFORNIA, INC., ETC., ET AL., DFTS. // TO: 99 CENTS ONLY STORES, L.L.C. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified Case # CV2020007438 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/30/2020 at 10:50 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/30/2020, Expected Purge Date: 07/05/2020 |
| | Image SOP |
| | Email Notification,  Evelynn Romero  evelynn.romero@99only.com |
| | Email Notification,  Mary Kasper  mary.kasper@99only.com |
| | Email Notification,  Mary Kay Delgado  marykay.delgado@99only.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Ave Ste 460 Phoenix, AZ 85012-1995 |
| **TELEPHONE:** | 602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT D**





JUN 2 9 2020

CLERK OF THE SUPERIOR COURT
G. ROA
DEPUTY CLERK

1 | Mark P. Breyer (Bar No. 016862)
2 | Edward M. Ladley (Bar No. 018829)
BREYER LAW OFFICES, P.C.
3 | 3840 East Ray Road
Phoenix, Arizona  85044
4 | (480) 496-7309
5 | minutes@breyerlaw.com

6 | Attorneys for Plaintiffs

7 | **SUPERIOR COURT OF THE STATE OF ARIZONA**
8 | **COUNTY OF MARICOPA**

| | |
|---|---|
| 9  LOUISE D. GUTOWSKI and WALTER 10  GUTOWSKI, wife and husband, | No.   CV2020-007438 |
| 11               Plaintiffs, | **CERTIFICATE RE COMPULSORY ARBITRATION** |
| 12  vs. | |
| 13  99 CENTS ONLY STORES OF 14  CALIFORNIA, INC., a foreign corporation; 99 CENTS ONLY STORES, 15  L.L.C., a foreign limited liability company; NUMBER HOLDINGS, INC., 16  a foreign corporation; JOHN and JANE 17  DOES 1-5; and ABC CORPORATIONS 1-5, 18 | |
| 19               Defendants. | |
| 20 | |

21 |         The undersigned certifies that he knows the dollar limits and any other limitations

22 | set forth by the local rules of practice for the applicable superior court, and further

23 | certifies that this case **is not** subject to compulsory arbitration, as provided by Rules 72

24 | through 76 of the Arizona Rules of Civil Procedure.

25

26

1

Dated:  June 26, 2020

BREYER LAW OFFICES, P.C.

Mark P. Breyer
Edward M. Ladley
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiffs

2

**EXHIBIT E**





JUN 2 9 2020

CLERK OF THE SUPERIOR COURT
G. ROA
DEPUTY CLERK

1   Mark P. Breyer (Bar No. 016862)
     Edward M. Ladley (Bar No. 018829)
2   BREYER LAW OFFICES, P.C.
3   3840 East Ray Road
     Phoenix, Arizona 85044
4   (480) 496-7309
5   minutes@breyerlaw.com

6   Attorneys for Plaintiffs

7          **SUPERIOR COURT OF THE STATE OF ARIZONA**
8                **COUNTY OF MARICOPA**

9   LOUISE D. GUTOWSKI and WALTER   No.
     GUTOWSKI, wife and husband,
10                        CV2020-007438

11           Plaintiffs,

12   vs.                    **DEMAND FOR JURY TRIAL**

13   99 CENTS ONLY STORES OF
14   CALIFORNIA, INC., a foreign
     corporation; 99 CENTS ONLY STORES,
15   L.L.C., a foreign limited liability
     company; NUMBER HOLDINGS, INC.,
16   a foreign corporation; JOHN and JANE
17   DOES 1-5; and ABC CORPORATIONS
     1-5,
18

19           Defendants.

20

21        Pursuant to Rule 38 of the Arizona Rules of Civil Procedure, Louise Gutowski,

22   N.M.D. and Walter Gutowski, D.C. hereby demand a trial by jury.

23

24

25

26

1

1    Dated:  June 26, 2020

2                                    **BREYER LAW OFFICES, P.C.**

3

4    _____

5    Mark P. Breyer
     Edward M. Ladley
6    3840 East Ray Road
     Phoenix, Arizona  85044
7    Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2

**EXHIBIT F**

 ❯ Docket

# Civil Court Case Information – Case History

**Case Information**

| | | | |
|---|---|---|---|
| Case Number: | CV2020-007438 | Judge: | Kiley, Daniel |
| File Date: | 6/29/2020 | Location: | Downtown |
| Case Type: | Civil | | |

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Louise D Gutowski | Plaintiff | Female | Mark Breyer |
| Walter Gutowski | Plaintiff | Male | Mark Breyer |
| 99 Cents Only Stores Of California Inc | Defendant | | Pro Per |
| 99 Cents Only Stores L L C | Defendant | | Pro Per |
| Number Holdings Inc | Defendant | | Pro Per |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/1/2020 | SUM - Summons | 7/2/2020 | |
| 7/1/2020 | SUM - Summons | 7/2/2020 | |
| 7/1/2020 | SUM - Summons | 7/2/2020 | |
| 7/1/2020 | AFS - Affidavit Of Service | 7/6/2020 | |
| **NOTE:** 99 CENTS ONLY STORES OF CALIFORNIA | | | |
| 7/1/2020 | AFS - Affidavit Of Service | 7/6/2020 | |
| **NOTE:** NUMBER HOLDINGS INC | | | |
| 7/1/2020 | AFS - Affidavit Of Service | 7/6/2020 | |
| **NOTE:** 99 CENTS ONLY STORES LLC | | | |
| 6/29/2020 | COM - Complaint | 7/1/2020 | |
| 6/29/2020 | CCN - Cert Arbitration - Not Subject | 7/1/2020 | |
| 6/29/2020 | CSH - Coversheet | 7/1/2020 | |
| 6/29/2020 | NJT - Not Demand For Jury Trials | 7/1/2020 | |

**Case Calendar**
**There are no calendar events on file**

**Judgments**
**There are no judgments on file**

**EXHIBIT G**

1  Josh M. Snell, Bar #021602
   Joel D. Brodfuehrer, Bar #035550
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-1790
4  Fax: (602) 200-7815
   jsnell@jshfirm.com
5  jbrodfuehrer@jshfirm.com
   minuteentries@jshfirm.com
6
7  Attorneys for Defendant 99 Cents Only
   Stores, LLC

8
                **SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                        **COUNTY OF MARICOPA**
10

11 LOUISE D. GUTOWSKI and WALKER        NO. CV2020-007438
   GUTOWSKI, wife and husband,
12                                      **NOTICE OF FILING NOTICE OF**
                            Plaintiffs,  **REMOVAL**
13
          v.                            (Assigned to the Honorable Daniel Kiley)
14
   99 CENTS ONLY STORES OF
15 CALIFORNIA, INC., a foreign corporation;
   99 CENTS ONLY STORES, LLC, a foreign
16 limited liability company; NUMBER
   HOLDINGS, INC., a foreign corporation;
17 JOHN and JANE DOES 1-5; and ABC
   CORPORATIONS 1-5,
18
                            Defendants.
19

20         Defendant, 99 Cents Only Stores, LLC, by and through undersigned counsel,

21 pursuant to 28 U.S.C.§ 1441, et seq., notifies this Court that it filed a Notice of Removal of this

22 action to the United States District Court, for the District of Arizona. A copy of the Notice of

23 Removal (exclusive of exhibits) is attached as Exhibit A.

24

25

1        DATED this 30th day of July, 2020.

2                JONES, SKELTON & HOCHULI, P.L.C.

3

4                By */s/ Joel D. Brodfuehrer*

                    Josh M. Snell

5                    Joel D. Brodfuehrer

                    40 North Central Avenue, Suite 2700

6                    Phoenix, Arizona  85004

                    Attorneys for Defendant 99 Cents Only Stores, LLC

7

8   ORIGINAL of the foregoing electronically filed

    this 30th day of July, 2020.

9

10  COPY of the foregoing mailed/e-mailed

    this 30th day of July, 2020, to:

11

12  Mark P. Breyer

    Edward M. Ladley

13  BREYER LAW OFFICES, P.C.

    3840 East Ray Road

14  Phoenix, Arizona 85044

    minutes@breyerlaw.com

15  Attorneys for Plaintiffs

16   */s/ Rebecca Camelio*

17

18  8620602.1

19

20

21

22

23

24

25

26